R

**FILED** 

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

APR 17 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APR 17 2008

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | UNITED STATES OF AMERICA | **Defendant(s):** | BERNARD J. O'HALLAREN, III |

**County of Residence:**

**County of Residence:** US, Outside the State of IL

**Plaintiff's Address:**

1) AUSA

2) Edward G. Kohler
United States Attorney's Office (NDIL)
219 South Dearborn Street, Suite 500
Chicago, IL 60604

**Defendant's Attorney:**

Bernard J O'Hallaren, III
#10349-424
Ozaukee - OCJ
P.O. Box 245
Port Washington, WI 53074

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 2. U.S. Government Defendant
☐ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08cv2203
JUDGE HIBBLER
MAGISTRATE JUDGE NOLAN

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motion to vacate

**Cause of Action:** 28:2255

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** *A. E. Woodham*   **Date:** 04/17/2008

Hibbler
Nolan    99CR43