MHN

5/6/08

Clerk of the U.S. District Court
219 S. DearBorn St
Chicago, IL 60604

RE: U.S. V. O'Halloren
08 CV 2203

FILED
MAY - 9 2008
5-9-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Clerk,

As instructed, I am notifying you that my address has changed. I have been transferred to FCI Oxford, WI. The new address is:

Bernard J. O'Halloren, III
10715-424
P.O. Box 1000
Oxford, WI 53952-1000

Regards

Bernard J. O'Halloren, III
Defendant, Prose.