**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

United States of America
                              Plaintiff,

v.                                             Case No.: 1:08−cv−02203
                                               Honorable William J. Hibbler

Bernard J. O'Hallaren III
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

    MINUTE entry before the Honorable William J. Hibbler: Government to respond to petitioner's motion to vacate, set aside or correct sentence by 6/20/2008. Petitioner to reply by 7/9/2008. Ruling by mail. Mailed notice (jdh)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.