IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED *MHN*
JUN 3 0 2008 *aew*
6-30-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,
    Plaintiff,

v.

Bernard J. O'Hallaren, III
    Defendant.

Case no. 99-CR-43
08cv2203
Wm. Hibbler
Judge

08CV2203

## MOTION FOR TIME SERVED

    Comes now, defendant, Bernard J. O'Hallaren, III, pro-se, and appears and moves this honorable court to consider what the defendant thinks is a more than fair and equitable offer that serves the ends of justice.

    The defendant believes that it would serve the interest's of justice to waive all future litigation and appeal rights regarding this violation of supervised release upon an order from the court granting time served for said violation.

## PRAYER FOR RELIEF

    Thus if it appears to the satisfaction of the court that the ends of justice and the best interests of the public and the defendant would be served thereby that this court amend the sentence of January 14, 2008 to one of time served and in exchange the defendant will waive his appellate rights regarding that sentence. The defendant would remind the court that this is more than fair in light of there being no factual basis for the sentence since it lacks any judicial inquiry, colloquy or other factual basis.

Bernard J. O'Hallaren, III #10349-424
Defendant, pro-se
Federal Correctional Institute
PO Box 1000
Oxford, WI
    53952

## CERTIFICATE OF SERVICE

I, Bernard J. O'Halloran, hereby certify under penalty of perjury that a true and correct copy of the Motion for Time Served has been delivered to the below listed parties, by placing the motion in a postage paid envelope and mailing said envelope via United states mail this 25th day of June 2008, to:

Edward Kohler
Assistant U.S. Attorney
219 S. Dearborn St
Chgo, Il 60604

_[signature]_

DATE- 25 June 2008