UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

*MHN*



| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| Plaintiff, | § |
| | § |
| | § |
| | § NOS. 08 CV 2203 |
| v | § 99 CR 43 |
| | § |
| | § |
| Bernard J. O'Hallaren, | § |
| defendant. | § |
| | § |
| | § |

F I L E D
7-21-2008
JUL 2 1 2008 *MB*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

## MOTION REQUESTING JUDICIAL DECISION AND ORDER ON MOTIONS PREVIOUSLY BEFORE THIS COURT

---

Comes now, Bernard J. O'Hallaren, Movant pro-se, and moves this honorable court to rule on his previously filed "Motion for default judgement" before this court. This motion was filed in good faith when the government procedurally defaulted its case. The movant simply requestes that the court rule on and grant his motions when the plaintiff is in the wrong as swiftly as it did when the government requested a warrant for his arrest ( the court granted the request of the government within 24 hours).

Based upon the above the movant simply request that this honorable court grant this request and rule on the motion for default judgment, treating it the same as it would a same or similar motion by the government.

Bernard J. O'Hallaren #10349-424
FCI
PO Box 1000
Oxford, WI
53952

DATE- 7/15/08

## CERTIFICATE OF SERVICE

I, ___Bernard J. O'Hallaren,III___ , hereby certify under penalty of perjury that

a true and correct copy of the___Motion requesting decision___ has been delivered

to the below listed parties, by placing the motion in a postage paid envelope

and mailing said envelope via United states mail this ___15th___ day of ___July___

2008, to:


        Clerk of the district court
        Unites States Courthouse
        Chicago, IL
                60604

        EDWARD G. FONIER
        ASST. U.S. ATTORNEY
        219 S. PEARBANST
        Chgo. IL 60604


DATE- 7/15/08