UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

| | |
|---|---|
| United States of America | |
| Plaintiff, | |
| v. | Case No.: 1:08−cv−02203 |
| | Honorable William J. Hibbler |
| Bernard J. O'Hallaren III | |
| Defendant. | |

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

MINUTE entry before the Honorable William J. Hibbler: Defendant's Motion for default judgment [6] is denied. Defendant's Motion for time served [7] is denied. Defendant's Motion requesting judicial decision and order on motions previously before this Court [9] is denied as moot. Motions terminated. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.